UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. C. FRY, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1041 CKD P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 16) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: May 28, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/bh
thom1041.36.sec