1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      OTIS MICHAEL THOMAS,                          No.  2:19-cv-1041 KJM CKD P

12                     Plaintiff,

13              v.                                     ORDER

14      J.C. FRY, et al.,

15                     Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 3, 2020, the magistrate judge filed findings and recommendations, which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by the proper analysis.

27   /////

28   /////

                                                    1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed December 3, 2020, are adopted in full;  and

3      2.  All defendants and claims other than a claim for injunctive relief arising under the

4 Equal Protection Clause of the Fourteenth Amendment against California Department of

5 Corrections and Rehabilitation Secretary Kathleen Allison in her official capacity and a claim for

6 damages arising under the Equal Protection Clause of the Fourteenth Amendment against  former

7 Secretary Ralph Diaz in his individual capacity are dismissed.

8 DATED:  March 24, 2021.

9

10                            _____

11                        CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28