UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS, | No. 2:19-cv-1041 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| J.C. FRY, et al., | |
| Defendants. | |

A settlement conference matter was held in this matter on April 28, 2021. The case did not settle. Good cause appearing, IT IS HEREBY ORDERED that:

1. The stay imposed in this matter on January 6, 2021 is lifted; and
2. Defendants Diaz and Allison shall file their response to plaintiff's second amended complaint within 14 days.

Dated: May 5, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1041.ans