IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,** | Case No. 2:19-cv-01041 KJM CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **FRY, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' request for a twenty-one-day extension of time to respond to Plaintiff's Second Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request for extension of time is GRANTED. Defendants shall have until June 9, 2021, to file respond to Plaintiff's Second Amended Complaint.

Dated: May 17, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE