IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,**<br><br>                          Plaintiff,<br><br>        **v.**<br><br>**FRY, et al.,**<br><br>                     Defendants. | Case No. 2:19-cv-01041 KJM CKD<br><br>**ORDER** |

Pending before the Court is Defendants' request for an extension time to respond to Plaintiff's Motion for Preliminary Injunction (ECF No. 63).  Good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED. Defendants shall have until March 1, 2023, to respond to Plaintiff's Motion for Preliminary Injunction.

Dated:  January 25, 2023

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE