UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. FRY, et al.,<br><br>    Defendants. | No. 2:19-cv-1041 KJM CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that the undersigned recuse herself from this case. Recusal is governed by 28 U.S.C. § 455. Because plaintiff fails to identify any adequate basis for recusal, plaintiff's motion (ECF No. 20) is denied.

Dated: January 25, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1041.rec