UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,  Plaintiff,  v.  J.C. FRY, et al.,  Defendants. | No. 2:19-cv-01041 KJM CKD P  ORDER |

Plaintiff has filed a second motion asking that the undersigned recuse. ECF No. 74. Recusal is governed by 28 U.S.C. § 455. District judges are statutorily obligated to recuse themselves if their "impartiality might reasonably be questioned" or if they "have a personal bias or prejudice against a party." *United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 566–57 (9th Cir. 1995). However, judges must recuse "only if the bias or prejudice stems from an extrajudicial source and not from conduct or rulings made during the course of the proceeding." *Pau v. Yosemite Park & Curry Co.*, 928 F.2d 880, 885 (9th Cir. 1991) (internal quotation omitted). Because plaintiff does not identify any adequate basis for recusal and because there is no basis to reasonably question the undersigned's impartiality, plaintiff's motion is denied.

This order resolves ECF No. 74

1

1   IT IS SO ORDERED.

2   DATED: March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE