IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,**<br><br>                                  Plaintiff,<br><br>     v.<br><br>**J. C. FRY, et al.,**<br><br>                                  Defendants. | Case No. 2:19-cv-01041 KJM CKD<br><br>**ORDER** |

Pending before the Court is Defendants' request for an extension of time to respond to Plaintiff's First Sets of Interrogatories and Requests for Production of Documents. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is GRANTED. Defendants shall have until July 21, 2023, to serve responses to Plaintiff's written discovery requests.

Dated: July 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE