IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,** | Case No. 2:19-cv-01041-KJM-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **FRY, et al.,** | |
| Defendants. | |

Under Fed. Rule Civ. P. 25(d), Secretary J. Macomber is substituted for Secretary Allison. Defendant Allison is dismissed from this action. Defendant Macomber shall have twenty-one days from the date of this order to respond to Plaintiff Thomas's written discovery requests.

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE