UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTIS MICHAEL THOMAS,

     Plaintiff,

    v.

J.C. FRY, et al.,

     Defendants.

No.  2:19-cv-01041 KJM CKD P

ORDER

Plaintiff has filed his second request for an extension of time to respond to defendants' requests for production of documents and interrogatories.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 91) is granted; and

    2.  Plaintiff is granted until September 9, 2023, in which to respond to defendants' request for production of document and interrogatories.

Dated:  August 22, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
thom1041.36sec