IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**FRY, et al.,**<br><br>                                    Defendants. | Case No. 2:19-cv-01041-KJM-CKD<br><br>**ORDER** |

Pending before the Court is Defendants' request for a twenty-one-day extension of time for Defendants to file a motion to compel. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is GRANTED. The parties shall have until October 6, 2023 to file any motion to compel.

**IT IS SO ORDERED.**

Dated: September 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE