UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS, | No. 2:19-cv-1041 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| J.C. FRY, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the court provide him with a copy of the transcript of his deposition. The court does not have a copy of the transcript, so the motion (ECF No. 99) is denied. If plaintiff wishes to obtain a copy of the transcript, he should contact counsel for defendants or the court reporter present at the deposition.

Dated: October 11, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1041.dep