IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,** | Case No. 2:19-cv-01041-KJM-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **FRY, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' request for a fourteen-day extension of time for Defendants to file a motion to compel. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is GRANTED. Defendants shall have until November 15, 2023, to file a motion to compel.

Dated: November 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE