UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>   Plaintiff,<br><br>  v.<br><br>J.C. FRY, et al.,<br><br>   Defendants. | No. 2:19-cv-1041 KJM CKD P<br><br><br>ORDER |

  Plaintiff has filed a motion for an extension of time to file a motion to compel responses to discovery. Good cause appearing, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion for an extension of time (ECF No. 103) is granted; and

  2. Plaintiff is granted until November 15, 2023 to file a motion to compel.

Dated: November 8, 2023

                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE

1/ks
thom1041.36(2)

1