UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.C. FRY, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-1041 KJM CKD P<br><br><br><br>ORDER |

Good cause appearing, the December 1, 2023, deadline for filing pretrial motions is vacated. The deadline will be reset after all discovery matters are resolved.

Dated: November 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1041.vtpm