UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>           Plaintiff,<br><br>      v.<br><br>J.C. FRY, et al.,<br><br>           Defendants. | No.  2:19-cv-1041 KJM CKD P<br><br><br>ORDER |

   On November 15, 2023, defendants filed a motion to compel plaintiff to provide further responses to defendant Diaz's first set of interrogatories (numbers 1 through 4 and 9 through 14) and to defendant Diaz's first set of requests for production of documents (Numbers 1-8, 14, 15, 16A, 16B, and 20-23).  Plaintiff has not responded to the motion.  Good cause appearing, plaintiff will be granted 30 days to file a response to the motion.  Plaintiff's failure to respond to the motion will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

   Plaintiff has also filed a motion to compel.  Plaintiff asks that the court order each remaining defendant provide further responses to requests for production of documents.  However, plaintiff does not identify particular responses he believes are inadequate and instead seemingly objects to all of the responses to requests propounded.  In general, this is not proper, especially since defendants provided a detailed response to each request, and plaintiff does not

point to anything suggesting that the entirety of defendants' responses to his requests for production of documents are flawed. Accordingly, plaintiff's motion to compel will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to defendants' pending motion to compel within 30 days. Failure to do so will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

2. Plaintiff's motion to compel (ECF No. 106) is denied.

Dated: January 4, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1041.mtc.resp