UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.C. FRY, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1041 KJM CKD P<br><br><br>ORDER |

　　Plaintiff has filed a motion asking that this matter be set for settlement conference. Good cause appearing, plaintiff's motion (ECF No. 120) is denied without prejudice to refiling after all outstanding discovery matters are resolved.

Dated: August 11, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
thom1041.msc